RECEIVED
APR 17 2013
Legal Programs Department

SCANNED at LSP and Emailed
4.17.13 by BM . 115 pages
date    initials   No.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

DOCKET NO:_____

JAMES RAMSDELL
Petitioner

VERSUS

BURL CAIN, WARDEN
LOUISIANA STATE PRISON,
Respondent

**PETITION FOR HABEAS CORPUS RELIEF**
**REQUEST FOR EVIDENTIARY HEARING**

ORIGINAL PETITION ON BEHALF OF JAMES RAMSDELL

RESPECTFULLY SUBMITTED BY:

JAMES RAMSDELL # 559207
MAIN PRISON- WALNUT-2
LOUISIANA STATE PRISON
ANGOLA, LA. 70712
(PRO SE)

PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF LOUISIANA

Name (under which you were convicted): **James Ramsdell**

Docket or Case No.

Place of Confinement: **Louisiana State Penitentiary**

Prisoner No. **559207**

Name of Petitioner
**JAMES RAMSDELL**

V.

Name of Respondent (custodian):
**N. BURL CAIN**

The Attorney General of the State of Louisiana: **JAMES D. CALDWELL**

PETITION

1. (a) Name and location of court which entered the judgment of conviction under attack: **36th Judicial District Court, Parish of Beauregard, Louisiana**
    (b) Criminal docket or case number (if you know): **CR-974-07**
2. (a) Date of judgment of conviction: _____
    (b) Date of sentencing: _____
3. Length of sentence: **Life w/o**
4. In this case, were you convicted on more than one count or of more than one crime?
    [X] Yes   [ ] No
5. Identify all crimes of which you were convicted and sentenced in this case:
6. (a) What was your plea?   [X] (1) Not guilty   [ ] (3) Nolo contendere (no contest)
                              [ ] (2) Guilty       [ ] (4) Insanity plea
    (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?
    **N/A**
    (c) If you went to trial, what kind of trial did you have? (Check one)
    [X] Jury          [ ] Judge only
7. Did you testify at a pretrial hearing, trial, or a post-trial hearing? Yes [ ] No [X]
8. Did you appeal from the judgment of conviction?   Yes [X] No [ ]
9. If you did appeal, answer the following:
    (a) Name of court: **Third Circuit Court of Appeal**
    (b) Docket or case number (if you know): **KA-09-1510**

(c)  Result: **Conviction and Sentence Affirmed**

(d)  Date of result (if you know): **October 6, 2010**

(e)  Citation to the case (if you know): 47 So 3d 78

(f)  Grounds raised: I.  The Trial Court erred in failing to grant defendant's Motion to Set Aside Verdict of Jury regarding his conviction for Armed Robbery.

II. The Trial Court erred in denying the motions for mistrial made as a result of comments made by prospective jurors in the presence of the jury venire.

III. The evidence adduced at trial was insufficient to support a conviction of first degree murder in the death of John Mayeux.

(g)  Did you seek further review by a higher state court?  Yes [ ]  No [ X ]

    If yes, answer the following:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _

    (3) Result: _____

    (4) Date of result (if you know): _____

    (5) Citation to the case (if you know): _____

    (6) Grounds raised: _____

(h)  Did you file a petition for certiorari in the United States Supreme Court?

    Yes [ ]  No [ X ]

    If yes, answer the following:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Result: _____

    (4) Date of result (if you know): _____

    (5) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?

    Yes [ X ]  No [ ]

11. If your answer to Question 10 was "Yes," give the following information:

  (a)  (1) Name of court: **36th Judicial District Court**

     (2) Docket or case number (if you know): **CR-974-07**

(3) Date of filing (if you know): __October 7, 2011__

(4) Nature of the proceeding: __Post Conviction__

(5) Grounds raised: Petitioner's Fifth, Sixth and Fourteenth Amendment rights were violated when he was denied his right to testify; ineffective assitance of counsel

V. Ineffective Assistance of Trial Counsel;
a violation of the Fifth, Sixth, and Fourteenth Amendments to the U.S. Constitution; and Article I § 13, of the Louisiana Constitution.(see, Strickland v. Washington, 466 U.S. 668 (1984)

A. Failure to File Motion to Suppress Confession

B. Trial counsel failed to present a defense, and to have compulsory process for obtaining witnesses in his behalf.

C. Petitioner was denied his Constitutional right to have Effective Assistance of counsel when his trial counsel failed to present a defense, and to have compulsory process for obtaining witnesses in his behalf.

D. Trial counsel deprived petitioner of his Sixth Amendment Right to a fair trial when counsels failed to request a special jury instruction

VI. Double Jeopardy-violation of Due Process
U.S. const. 14th and 5th Amend.

VII. Trial Court's abuse of discretion;denial of a fair and impartial jury violation of 6th Amend. U.S. Const.

VIII. Insufficient Evidence to convict of
First Degree Murder and Conspiracy to Commit First Degree Murder(Jackson v. Virginia,

IX Petitioner submits that the cumulative effect of the errors raised herein denied him a fundamentally fair adversarial proceeding.

(6) Did you receive an evidentiary hearing on your petition, application or motion?
Yes [ ]   No [X]

(7) Result: __Denied__

(8) Date of result (if you know): __November 4, 2011__

(b) If you filed any second petition, application or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know):

(3) Date of filing (if you know): _____

(4) Nature of the proceeding:

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?  Yes [ ]  No [ ]

(7) Result:

(8) Date of result (if you know): _____

(c) If you filed any Third petition, application, or motion, give the same information:

(1) Name of court: _____
(2) Docket or case number (if you know): _____
(3) Date of filing (if you know): _____
(4) Nature of the proceeding: _____
(5) Grounds raised: _____
_____

(6) Did you receive a hearing where evidence was given on your petition, application or motion?  Yes [ ]  No [ ]

(7) Result: _____
(8) Date of result: _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition, etc.   Yes [ X ]  No [ ]
(2) Second petition, etc.  Yes [ ]   No [ ]
(3) Second petition, etc.  Yes [ ]   No [ ]

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not: _____

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

<u>CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.</u>

**GROUND ONE:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your

claim.): *See Memorandum of Law attached hereto* _____

(b) If you did not exhaust your state remedies on Ground One, explain why: _____
N/A

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue:

[ X ] Yes [ ] No

(2) If you did not raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? [ ] Yes [ X ] No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available).

(3) Did you receive a hearing on your motion or petition? [ ] Yes [ ] No

(4) Did you appeal from the denial of your motion or petition? [ ] Yes No [ ]

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

[ ] Yes No [ ]

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available).

(7) If your answer to Question (d)(4) or Question (d)(4) is "No," explain why you did not raise this issue: _____

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _____

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? [ X ] Yes   No [ ]

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, ground or grounds have not been presented, and state your reasons for not presenting them: _____N/A_____

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?   [ ] Yes   No [ X ]

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?   [ ] Yes   No [ X ]

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised.

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: _____

(b) At arraignment and plea:

(c) At trial:

(d) At sentencing:

(e) On appeal: **Edward K. Bauman, Louisiana Appellate Project, P.O. Box 1641, Lake Charles La 70602**

(f) In any post-conviction proceeding: **Pro se**

(g) On appeal from any ruling against you in a post-conviction proceeding: **Pro se**

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   [ ] Yes   No [ X ]

(a) If so, give name and location of court that imposed the other sentence you will serve in the future.

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   [ ] Yes   No [ X ]

18.    **TIMELINESS OF PETITION:** If your judgment of conviction became final over one year ago, you must explain the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.

**THEREFORE**, petitioner asks that the Court grant the following relief: Reverse his conviction and sentence or any other relief to which petitioner may be entitled.

Respectfully submitted by:

*/s/ James Ramsdell #559207*
James Ramsdell # 559207
Main Prison-walnut-2
Louisiana State Prison
Angola, Louisiana 70712

I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct and correct and that this Petition for Writ of Habeas Corpus was placed in the mailing system. Executed (signed) on the 16th day of April, 2013.

*/s/ James Ramsdell #559207*
James Ramsdell # 559207

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.