RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 4/4/16
BY MB

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| JAMES RAMSDELL | CIVIL ACTION NO. 2:13-CV-804 SECTION P |
| VS. | JUDGE JAMES T. TRIMBLE, JR. |
| N. BURL CAIN | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

**ORDERED** that the application for writ of habeas corpus be **DENIED** and **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED**, in chambers, Lake Charles, Louisiana, on this 4th day of April, 2015.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE